990 So.2d 1246 (2008)
DEPARTMENT OF CHILDREN & FAMILY SERVICES, Appellant,
v.
K.R., Appellee.
No. 3D08-335.
District Court of Appeal of Florida, Third District.
September 24, 2008.
Karla Perkins, Miami, for appellant.
Joseph P. George, Jr. and Richard Joyce, III, Orlando, and Mark Graham Hanson, Sarasota, for appellee.
Before SHEPHERD, CORTIÑAS, and SALTER, JJ.
PER CURIAM.
Affirmed. See E.K. v. Dep't of Children & Family Servs., 948 So.2d 54, 56-57 (Fla. 3d DCA 2007).